AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

District of Columbia

FID 11790463

**RECEIVED**

By USMS  District of Columbia District Court at 6:59 pm, Apr 09, 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-mj-00059 |
| Isaiah Zachariah Hall | ) | Assigned To : Faruqui, Zia M. |
| | ) | Assign. Date : 4/9/2025 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

**To:**    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Isaiah Zachariah Hall                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(2) (Receipt of Child Pornography).

Date:        04/09/2025

Issuing officer's signature

City and state:        Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                    Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 04/09/2025 , and the person was arrested on *(date)* 04/11/2025 at *(city and state)* Washington DC . |
| Date: 4/11/25              Arresting officer's signature |
|              Ashley Roberts / SA |
|              Printed name and title |